452 A.2d 1011

**COMMONWEALTH of Pennsylvania**

v.

**Robert HESS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1982.

Decided Dec. 10, 1982.

Peter J. Verderame, Langhorne (Court-appointed), for appellant.

Stephen B. Harris, First Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed, 270 Pa.Super. 501, 411 A.2d 830, as having been improvidently granted.